FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CARMICHAEL DOAN,   (02)<br><br>  Defendant. | Cr. No. 02-00201-2 DAE<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

LODGED

OCT 18 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

<u>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE</u>

  The matter came on for hearing on September 28 and 30, 2004. At both hearings, the defendant was present with his attorney, Louis Ching, Esquire, and Assistant U.S. Attorney Wes Reber Porter was present on behalf of the United States of America. Based on several alleged violations of conditions of supervised release, the Court will modify the defendant's conditions of supervised release. Initially, the defendant sought to contest the supervised release modifications and the underlying allegations supporting the modifications. The defendant did not ultimately contest the allegations during the September 30, 2004 hearing. Accordingly,

  IT IS SO ORDERED that the defendant shall participate in a Community Corrections Center ("CCC") for a period not to exceed 180 days. While at the CCC, the defendant shall participate in all programs, attend school full-time and maintain employment. The defendant may be released from the CCC at the discretion and direction of the Probation Office.

This condition shall be *stayed* unless or until the defendant commits another violation of supervised release and shall be enforced at the discretion and direction of the Probation Office.

IT IS ALSO SO ORDERED that the defendant serve an additional six (6) months of home detention with electronic monitoring as arranged by the Probation Office, under the same conditions imposed in Special Condition No. 7 of the original order for supervised release.

DATED: Honolulu, Hawaii, October 18, 2004.

DAVID ALAN EZRA
_____
DAVID A. EZRA
CHIEF UNITED STATES DISTRICT JUDGE

United States v. CARMICHAEL DOAN (02)
CR. NO. 02-00201-2 DAE
"Order Modifying the Conditions of Supervised Release"