PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
CR 02-00201DAE-01

DOCKET NUMBER *(Rec. Court)*
08 CR 7011

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT D/Hawaii | DIVISION |
|---|---|---|

Raymond Ridela
1643 Oakview Terrace
Bonita, CA 91902

**FILED**

FEB 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

NAME OF SENTENCING JUDGE
Lloyd D. George

| DATES OF SUPERVISED RELEASE | FROM 05/26/2006 | TO 05/25/2009 |
|---|---|---|

OFFENSE

Count 1 and 2 - Interference of Commerce By Threats or Violence, 18 U.S.C. § 1951, Class C felonies FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**PART 1 - ORDER TRANSFERRING JURISDICTION**

MAR 06 2008

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT</u> OF <u>HAWAII</u>

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date                                            Lloyd D. George
                                                U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHER DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

8/27/07
Effective Date

Irma E. Gonzalez
Chief United States District Judge

jmr/jmr

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER *(Tran. Court)* |
| CR 02-00201DAE-01 |
| DOCKET NUMBER *(Rec. Court)* |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| RAYMOND RIDELA | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | Lloyd D. George | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/26/2006 | TO 5/25/2009 |

**OFFENSE**

COUNTS 1 and 2: INTERFERENCE OF COMMERCE BY THREATS OR VIOLENCE, in violation of 18 U.S.C. § 1951, A Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Southern District of California (Chula Vista)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

NOV 2 7 2007
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of California (Chula Vista)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge