

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 3, 2008

RECEIVED
CLERK U.S. DISTRICT COURT

MAR 06 2008

DISTRICT OF HAWAII
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

CR 02-201 DAE

Clerk, U.S. District Court
District of Hawaii
C338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

**Transfer of Jurisdiction**

    Our Case #:    08cr7011-IEG
    Re:    Raymond Ridela

Dear Clerk of the Court:

    Please find enclosed a copy of the Transfer of Jurisdiction accepting jurisdiction to this Court on your case number CR 02-00201-DAE-01 for the above mentioned defendant, received by the Southern District of California on February 29, 2008. Please forward the following documents to the Southern District of California in support of the aforementioned Transfer of Jurisdiction:

    Certified copy of Transfer of Jurisdiction
    Certified copy of indictment, information or complaint
    Certified copy of Judgment
    Certified copy of docket sheet
    Certified copy of any OSC's

    Please forward the requested documents together with a copy of this letter.

    Sincerely yours,

    W. Samuel Hamrick, Jr.
    Clerk of Court

    By: _____
    J. Haslam, Deputy Clerk