**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

March 12, 2008

SUE BEITIA  
CLERK

TELEPHONE  
PH. (808) 541-1300  
FAX (808) 541-1303

Office of the Clerk  
USDC, S.D. of California (San Diego)  
880 Front Street, Room 4290  
San Diego, California 92101-8900

RE:   U.S.A. vs. Raymond Ridela  
      USDC HAWAII CR. 1:02-cr-00201DAE-01  
      **USDC SD California: 3:08-cr-07011-IEG-1**

Dear Sir or Madam Clerk:

   Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

   ( X )  Indictment (Redacted)  
   ( X )  Judgment in a Criminal Case (Redacted and Unredacted)  
   ( X )  Transfer of Jurisdiction w/Transmittal Letter Cover Sheet  
   ( X )  Docket Sheet as to defendant Raymond Ridela only, and Docket Sheet including co-defendants.

   Please note that a Superseding Indictment was filed on September 19, 2002.  As the case files have been archived, our office has ordered a copy of the superseding indictment from the Federal Records Center.  A certified copy will be mailed to your office thereafter.

March 12, 2008
Probation 22 Transfer: USA vs. Raymond Ridela
Page 2

    Lastly, please acknowledge receipt of the documents on the copy of the letter, or you may return the acknowledgment via e-mail address: anna_chang@hid.uscourts.gov.

        Very truly yours,

        SUE BEITIA, Clerk

        by:   /s/ Anna F. Chang
            Anna F. Chang, Deputy Clerk,
            Docketing Section

encl.
cc:    U.S. Probation - Honolulu, Hawaii
        U.S. Probation - USDC S.D. CA (San Diego)

---

**Receipt is acknowledged by**:  Clerk, U.S. District Court

Dated: _____    by: _____